# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| TANGELA WATTS, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) No. 3:19-CV-2921-M-BH |
| | ) |
| DALLAS COUNTY CHILD PROTECTIVE SERVICE UNIT, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. The case will be dismissed by separate judgment for failure to prosecute or follow court orders.

**SIGNED this 13th day of September, 2022.**

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE